IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Appellee, | * | |
| vs. | * | CASE NO. 4:19-CR-47 (CDL) |
| ROSCOE ROBINSON, III, | * | |
| Appellant. | * | |

O R D E R

Appellant appeals the Magistrate Judge's sentence of eleven months imprisonment. Because the Magistrate Judge committed no procedural error and the guideline range sentence was substantively reasonable, the judgment, including the Magistrate Judge's sentence, is affirmed. Appellant picks out one isolated phrase from the sentencing hearing regarding Appellant's open container conviction and suggests that it was the primary factor in the Magistrate Judge's sentence. Yet, the record clearly indicates that the Magistrate Judge considered all of the appropriate sentencing factors in reaching his decision. Moreover, given Appellant's criminal history, it is no wonder that the Magistrate Judge determined Appellant was a danger, even without the open container violation. Extracting isolated comments from the sentencing hearing while ignoring other pertinent aspects of the sentencing decision is misleading. The

1

Court is convinced that no procedural error has been committed and the sentence was substantively reasonable under the circumstances and in light of the appropriate § 3553(a) sentencing factors. Accordingly, the sentence and judgment are affirmed.

IT IS SO ORDERED, this 9th day of March, 2020.

S/Clay D. Land<br>
CLAY D. LAND<br>
CHIEF U.S. DISTRICT COURT JUDGE<br>
MIDDLE DISTRICT OF GEORGIA